

# Fourth Court of Appeals
## San Antonio, Texas

November 26, 2018

No. 04-17-00645-CR

Gloria R. **PROO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR2757A
Honorable Ron Rangel, Judge Presiding

# O R D E R

Sitting:       Sandee Bryan Marion, Chief Justice
              Rebeca C. Martinez, Justice
              Irene Rios, Justice

The panel has considered the Appellant's Motion to Withdraw Motion to Reschedule Oral Argument, and the motion is DENIED.

It is so **ORDERED** on November 26, 2018.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court